# EXHIBIT B

Case 3:21-cv-02980-WHO     Document 5-2     Filed 04/14/25     Page 1 of 3

| Count | Plaintiff | Case Name | Case Number | Counsel |
|---|---|---|---|---|
| 1. | Carlee Goldston* | *Carlee Goldston, individuall and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02264 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 2. | C.D.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 3. | K.S.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 4. | M.H.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 5. | L.B.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 6. | D.S.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 7. | D.W. | *D.W., a minor, by and with his parent and natural guardian, Angela Williamson v. Juul Labs, Inc. et al.* | 3:21-cv-02980 | Levin Papantonio Rafferty |
| 8. | K.A. | *K.A. et al v. Juul Labs, Inc. et al* | 3:21-cv-05068 | Levin Papantonio Rafferty |
| 9. | K.A. | *K.A. et al v. Juul Labs, Inc. et al* | 3:21-cv-05069 | Levin Papantonio Rafferty |
| 10. | S.D. | *S.D., a minor, by and through their parent and natural guardian, Sara Khaldi v. Juul Labs, Inc. et al.* | 3:21-cv-09145 | Levin Papantonio Rafferty |
| 11. | B.B.* | *B.B. Brewer, a minor, by her parents and Next Friends, Paul Brewer and Kim Brewer v. JUUL Labs, Inc.* | 3:19-cv-07330 | Beasley Allen Crow Methvin Portis & Miles, LLC; Hendy Johnson Vaughn Emery |

| | | | | |
|---|---|---|---|---|
| 12. | C.H.G.* | *C.H.G., a minor, by and with his parent and natural guardian, Jack Geraci v. Juul Labs, Inc. et al.* | 3:20-cv-08377 | Levin Papantonio Rafferty |
| 13. | J.o. D.* | *Melissa Dano, on behalf of Minor Jo.D. v. Juul Labs, Inc. et al.* | 3:21-cv-03179 | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP |
| 14. | K.D.* | *K. D., a minor, by and with their parent and natural guardian, Heather Doughty v. Juul Labs, Inc. et al.* | 3:21-cv-09154 | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. |
| 15. | T.S.* | *Laurie Pence, individually, and as the Legal Guardian of her minor child, T.S. v. Juul Labs, Inc. et al.* | 3:21-cv-09239 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 16. | L.D.* | *Patricia Gurule, individually, and as the Guardian of her minor child, L.D. v. Juul Labs, Inc. et al.* | 3:21-cv-09477 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 17. | K.T.* | *Ronnie Trussell, individually and as next friend of K.T., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-00203 | Pulaski Kherkher, PLLC |
| 18. | Roberto Perez* | *Roberto Perez v. Juul Labs, Inc. et al.* | 3:22-cv-07393 | Watts Guerra LLP |
| 19. | A.N. * | *Lyndi Dalton, as Guardian ad Litem to A.N., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-07391 | Watts Guerra LLP |
| 20. | Jonathan Lemasters* | *Johnathan Lemasters v. Juul Labs, Inc. et al.* | 3:22-cv-07372 | Watts Guerra LLP |
| 21. | A.L.H. | *Johnah Outlaw as Guardian ad Litem to A.L.H., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-07571 | Watts Guerra LLP |
| 22. | Jayden Symes* | *Jayden Symes v. Juul Labs, Inc. et al.* | 3:22-cv-08407 | Pulaski Kherkher, PLLC |
| 23. | B.P. | *Michele Pace as Guardian ad Litem to B.P., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-08553 | Watts Guerra LLP |

*Plaintiffs with an (*) indicate cases have been administratively closed in full or in part, but the identified Plaintiffs have never dismissed their claims against JLI and the JLI Settling Defendants.