UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case No.  19-md-02913-WHO<br><br>**JLI'S NOTICE OF WITHDRAWING MOTION TO DISMISS WITH PREJUDICE** |
| This Document Relates to:<br><br>*D.W.. v. Juul Labs, Inc., et al.,* 3:21-cv-02980 | |

Following receipt of Juul Labs, Inc.'s Motion to Dismiss With Prejudice, Juul Labs, Inc. has learned from plaintiff's counsel that plaintiff D.W. remains a minor under the law of their state of residence. Juul Labs, Inc., hereby withdraws the Motion to Dismiss with Prejudice currently pending against D.W., as the time for dismissal has not ripened.

Dated: April 24, 2025

Respectfully submitted,

By: */s/ Timothy S. Danninger*
Timothy S. Danninger, FL Bar 95195
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: (904) 354-1980
Facsimile: (904) 354-2170
tdanninger@gunster.com
(*pro hac vice*)

*Attorneys for Defendant Juul Labs, Inc.*

1

CERTIFICATE OF SERVICE

2

    I hereby certify that on April 24, 2025, I electronically served the foregoing Notice of

3

Joinder and Joinder on all counsel of record in this action using the CM/ECF system.

4

*/s/ Timothy S. Danninger*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28