**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.W. and Angela Williamson | Case No. 3:21-cv-2980 (WHO) |
| v. JUUL LABS, INC. et. al | **NOTICE OF DISMISSAL** |
| *This Document Relates to:* | Hon. William H. Orrick |
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION   3:19-md-02913 (WHO) | |

## **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, by and through counsel hereby gives notice that the above-captioned action is dismissed with prejudice, against all Defendants, to the extent that they are Defendants in this action. This dismissal constitutes the final and full dismissal of this action:

Dated: December 17, 2025

Respectfully Submitted,

/s/Amanda D. Summerlin

Amanda D. Summerlin
**Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brian & Barr**
316 S. Baylen St. Ste. 600
Pensacola, FL 32502
Office: 850-435-7000
asummerlin@levinlaw.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on December 17, 2025, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

                                                                          */s/Sylvia Jarrett*

                                                                          Sylvia Jarrett, Paralegal